JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM TANGI, | ) | No. EDCV 11-445 JFW (CW) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| TIM OCHOA (Warden), | ) | |
| | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the Petition is dismissed for failure to state a cognizable federal claim.

DATED: March 18, 2011

                                                              /s/ John F. Walter
                                                              JOHN F. WALTER
                                                              United States District Judge